:PT # 757
JNT $ 150
MONS ISSUED ✓
AL RULE 4.1
/ER FORM
: ISSUED
DPTY. CLK. [illegible]
E 12-3-04

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED VAN LINES, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> DANIEL FITZGERALD, <br><br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. <br> ) <br> ) <br> ) <br> ) |

**04-12543 JLT**

### COMPLAINT

**Parties, Jurisdiction and Venue.**

MAGISTRATE JUDGE _____

1.  The Plaintiff, United Van Lines, LLC ("United"), is a Missouri limited liability corporation and maintains its principal office and place of business at One United Drive, Fenton, Missouri 63026. At all times pertinent hereto United operated and continues to operate as an interstate motor carrier of property subject to the provisions of the ICC Termination Act of 1995 ("ICCTA"), 49 U.S.C. §§ 13501, et seq., and the rules, regulations and orders of the Federal Motor Carrier Safety Administration ("FMCSA") promulgated thereunder.

2.  The Defendant, Daniel Fitzgerald ("Fitzgerald"), upon information and belief, presently resides at 70151 Cobb Road, Rancho Mirage, California, at all times pertinent hereto resided at 148 Warren Avenue, Boston, Suffolk County, Massachusetts and is subject to the personal jurisdiction of this Court.

3. This Court has original federal question jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 1337(a) in that this is an action to collect transportation (freight) charges for a shipment of household goods transported by Plaintiff in interstate commerce pursuant to the ICCTA, 49 U.S.C. §§ 13702, 13706 and 13707, and interstate bills of lading issued by United pursuant to 49 U.S.C. § 13501, *et seq*, as hereinafter more fully appears.

4. Venue is proper in this district pursuant to the provisions of 28 U.S.C. § 1391(b)(1) in that a substantial part of the events or omissions giving rise to Plaintiff's claim occurred in this district, the bill of lading contract was entered into in this district and the subject interstate shipment of household goods originated in this district.

## COUNT I
### (Interstate Tariff Charges – United Order Nos. 406-8071-3 and 406-8072-3)

5. On or about November 22, 2003, Plaintiff received a shipment of the Defendant's household goods and vehicle at Boston, Massachusetts for transportation and delivery to the Defendant at 70151 Cobb Road, Rancho Mirage, California under United Order Nos. 406-8071-3 and 406-8072-3.

6. Upon its receipt of the Defendant's shipment, Plaintiff issued Uniform Household Goods Bills of Lading ("Bills of Lading"), copies of which are attached hereto as **Exhibits A and B**, which provide, *inter alia*, that Plaintiff undertook to perform the transportation subject to its governing tariffs.

7. Section 3 of the Bills of Lading, as relevant hereto, provides as follows:

> Section 3: Shipper's, consignor's and/or consignee's liability to carrier shall include the following:
>
> (a) The shipper, (individual or commercial) and consignor upon tender of the shipment to carrier, and the consignee, upon acceptance of delivery of shipment from carrier, shall be liable,

>jointly and severally, for all unpaid charges payable on account of a shipment in accordance with applicable tariffs including, but not limited to, sums advanced or disbursed by a carrier on account of such shipment. The extension of credit to either shipper or consignee for such unpaid charges shall not thereby discharge the obligation of the other party to pay such charges in the event the party to whom credit has been extended shall fail to pay such charges.

8. The Defendant promised and agreed to pay Plaintiff for the transportation charges associated with Plaintiff's transportation of his shipment under Order Nos. 406-8071-3 and 406-8072-3 in accordance with the Bills of Lading.

9. Plaintiff transported the Defendant's shipment under Order Nos. 406-8071-3 and 406-8072-3 and delivered it at Rancho Mirage, California on or about December 4, 2003.

10. The total amount of transportation charges due Plaintiff, pursuant to its tariff, for Defendant's shipment is $9,641.16, as shown in Plaintiff's invoices to Defendant set forth in **Exhibits C and D** hereto.

11. At the time of Plaintiff's delivery of the shipment to Defendant, he did not make any payment to Plaintiff as required by the Bills of Lading and Plaintiff's published tariffs.

12. Despite Plaintiff's subsequent demands for payment, Defendant has failed and refused to pay Plaintiff the aforesaid interstate freight charges, which are now due, outstanding and owing to Plaintiff from the Defendant, Fitzgerald, for United Order Nos. 406-8071-3 and 406-8072-3.

13. Pursuant to 49 U.S.C. §§ 13702 and 13706 Plaintiff is therefore entitled to and hereby demands judgment against the Defendant, Fitzgerald, for the total sum of $9,641.16, plus interest, costs and such other relief as may be appropriate.

WHEREFORE, Plaintiff United Van Lines, LLC prays that the Court enter judgment against the Defendant, Daniel Fitzgerald, in the amount of $9,641.16, plus pre-judgment and post-judgment interest at the maximum rate allowed by law, costs and such other relief as may be appropriate under the circumstances.

## COUNT II
### (Breach of Contract – United Order Nos. 406-8071-3 and 406-8072-3)

Plaintiff repeats and realleges each of the allegations contained in Paragraphs 1 through 13 of this Complaint as though separately set forth herein.

14. On or about November 22, 2003 Defendant hired Plaintiff to transport and deliver Defendant's household goods shipment from Boston, Massachusetts to Rancho Mirage, California.

15. Defendant promised and agreed to pay Plaintiff the transportation charges described above in consideration for Plaintiff's performance of those services.

16. Plaintiff performed all the transportation services and obligations that it agreed to and was required to perform under its agreement with Defendant, and Plaintiff has made demand upon Defendant for the transportation charges due as aforesaid.

17. Notwithstanding Plaintiff's performance and demands for payment, Defendant breached his agreement with Plaintiff in that he failed and refused to pay Plaintiff the transportation charges due.

18. As a result of Defendant's breach of the agreement, Plaintiff has been damaged in the sum of $9,641.16.

WHEREFORE, Plaintiff United Van Lines, LLC prays that the Court enter judgment against the Defendant, Daniel Fitzgerald, in the amount of $9,641.16, plus pre-judgment and

post-judgment interest at the maximum rate allowed by law, costs and such other relief as may be appropriate under the circumstances.

### COUNT III
### (Quantum Meruit – Order Nos. 406-8071-3 and 406-8072-3)

Plaintiff repeats and realleges each of the allegations contained in Paragraphs 1 through 18 of this Complaint as though separately set forth herein.

19. Plaintiff rendered to Defendant work, labor, materials and services which the said Defendant promised to pay the reasonable value thereof and which Defendant knew or should have known he would be expected to pay for.

20. The reasonable value of the transportation services performed by Plaintiff for the benefit of Defendant under Order Nos. 406-8071-3 and 406-8072-3 is $9,641.16; and Defendant, accordingly, has been unjustly enriched in the amount of at least $9,641.16.

21. Defendant has failed and refused to pay Plaintiff the transportation charges due, despite Plaintiff's demands and his obligation to pay them.

22. Plaintiff is therefore entitled to and hereby demands judgment against Defendant, in the amount of $9,641.16, plus interest and costs, for the reasonable value of the transportation and services rendered to Defendant, and for all other relief that may be appropriate under the circumstances.

WHEREFORE, Plaintiff United Van Lines, LLC prays that the Court enter judgment against the Defendant, Daniel Fitzgerald, in the amount of $9,641.16, plus pre-judgment and post-judgment interest at the maximum rate allowed by law, costs and such other relief as may be appropriate under the circumstances.

## **FAIR DEBT COLLECTION PRACTICES ACT NOTICE**

To Defendant Daniel Fitzgerald:

Unless you notify the plaintiff within 30 days after receiving this Complaint that you dispute the validity of this debt or any portion thereof, the Plaintiff will assume this debt is valid. If you notify Plaintiff in writing within 30 days after receiving this Complaint, Plaintiff will verify the debt and mail you verification of the debt. If you so request Plaintiff in writing within 30 days after receiving this Complaint, the Plaintiff will provide you with the name and address of any original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

The Summons accompanying to this Complaint states that you have 20 days within which to answer the Complaint. Rule 12(a) of the Federal Rules of Civil Procedure specifies the twenty-day period stated in the Summons. This is in conflict with the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* As stated above, you have 30 days under the Fair Debt Collection Practices Act within which to dispute the validity of this debt. Due to this conflict, the Plaintiff will allow you 30 days within which to file an answer to this Complaint. If you fail to respond within 30 days, the Plaintiff will ask the Court to enter your default.

UNITED VAN LINES, LLC
By its attorneys,

December 2, 2004

_____
Wesley S. Chused (BBO # 083520)
Patrick O. McAleer (BBO # 642627)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02100
(617) 951-2800



Case 1:04-cv-12543-JLT   Document 1   Filed 12/03/2004   Page 7 of 15

08/18/04 WED 16:58 FAX 781 821 6392 Executive Department
Case 1:04-cv-12543-JLT Document 1 Filed 12/03/2004 Page 8 of 15

**UNITED VAN LINES, LLC** — HOUSEHOLD GOODS BILL OF LADING & FREIGHT BILL
1 UNITED DRIVE, FENTON, MO 63026
PHONE (636) 326-3100
I C C NO. MC 67234  DOT NO. 077949

THIS SHIPMENT IS: NON-BOUND ESTIMATE (OPTION A) BETWEEN UVLN AND SHIPPER.

SHIPPER: DAN FITZGERALD
CONSIGNEE: DAN FITZGERALD
STREET ADDRESS (Origin): 145 WARREN AVE
STREET ADDRESS (Dest): 70151 COBB
ORIGIN: BOSTON, SUFFOLK, MA 02116
DEST: RANCHO MIR, RIVERSIDE, CA 92270
EST #: 

DATE LOADED FROM RESID. OR PERM. STGE: 11/22/03 – 11/22 / 11/24 – 12/03

| Cost of Containers, Packing and Unpacking Services | Number | By Agt. | Per Each | Total |
|---|---|---|---|---|
| DISH PACKS | 12 | | 82.02 | 984.24 |
| CARTONS 1 1/2 CU | 4 | | 19.63 | 78.52 |
| CARTONS 3 CU. FT | 15 | | 29.70 | 445.50 |
| CARTONS 4 1/2 CU | 3 | | 36.21 | 108.63 |
| WARDROBE CTN | 7 | | 40.24 | 281.68 |
| MIRROR CTN | 7 | | 71.33 | 499.31 |
| TWIN MATTRESS CT | 2 | | 34.50 | 69.00 |
| QUEEN/KING MATTR | 1 | | 56.82 | 56.82 |

TOTAL PACKING: 2,523.70
TOTAL UNPACKING: 948.40(?)

LBS. GROSS: 52,860
LBS. TARE: 46,140
LBS. NET: 6,720

TRANSPORTATION CHARGES: 4,168.74
Shipment Charge ORIG SERV CHRG: 455.62
Service Charge ORIG SERV CHRG: 207.65
Service Charge Destination LOAD/U: 863.26
SUBTOTAL - ACCS: 1826.53
TL ADDL SERV REDUCED 63.00%: 490.82
FUEL SURCHG 4168.74 .0400: 166.75
406 CRATES: 539.20
406 UNCRATING: 75.52
406 PARKING PERMITS: 150.00
FULL VALUE $75,000: 589.00
INS. RELATE 4168.74 .0400: 166.75
SUBTOTAL - EXCL FROM DISC: 1687.22

AGENT / CODE / NAME / PHONE NO.
Book: 406 HUMBOLDT STORAGE 7818216...
Dest: 184 MERIT MOVING SYST 7603433...
Origin: 406 HUMBOLDT STORAGE 7818216...

TOTAL: 7,292.18

TOTAL ESTIMATE — 110% OF ESTIMATE

63UVL-15  IMPORTANT - SEE TERMS ON THE REVERSE SIDE

WITHOUT VEHICLE

# B

# UNITED VAN LINES – BILL OF LADING & FREIGHT BILL

UNITED VAN LINES, INC.
1 UNITED DRIVE
FENTON, MO 63026
PHONE (636) 326-3100
MC 67234   DOT NO. 077949

406 08072 3

THIS SHIPMENT IS: **STANDARD**
SHIPPER: **DAN FITZGERALD**   617-3530283
CONSIGNEE: **DAN FITZGERALD**
STREET ADDRESS: **148 WARREN AVE.**
ORIGIN: **BOSTON   SUFFOLK   013 MA   02116**
STREET ADDRESS: **70151 COBB**
DEST: **RANCHO MIR  RIVERSIDE   033 CA   92270**

AGREED PICK UP PERIOD: EARLIEST 11/22  LATEST 11/22
AGREED DELIVERY: EARLIEST 11/26  LATEST 12/02

C.O.D. X

**Customer's Declaration of Value**
The value of my shipment is: 37,000 ex  D.F.
Signature: (signed)  Date: 11/22/03

CONTRACT NO.: 417E   TARIFF: 3   SECT: 3   MILES: 2,863

AGENT CODES:
- Book: 406 HUMBOLDT STORAGE  7818218777
- Dest: 184 MERIT MOVING SYST  7603433464
- Origin: 406 HUMBOLDT STORAGE  7818218777
- G-11

VAN NO.: 07  204-406

DRIVER SIGNATURE FOR BILL OF LADING: (signed) Paul O'Brien

63COM-01   **IMPORTANT – SEE TERMS ON THE REVERSE SIDE**
BILLING AGENT'S COPY

C



NOV-09-2004 TUE 10:__ AM Law        FAX NO. 6363493945        P. 02/03

**UNITED VAN LINES, LLC**
22136 NETWORK PLACE
CHICAGO, IL 60673-1221

\*\*\* RE-BILL \*\*\*
FED. ID #43-1881477

FORWARD CORRESPONDENCE TO:
United Van Lines, LLC
One United Drive
Fenton, MO 63026-1350
636-326-3100

C.O.D.

DAN FITZGERALD
70151 COBB
RANCHO MIRAGE, CA 92270

Invoice: 0406 08071 3   02   11/08/04

SHIPMENT OF HOUSEHOLD GOODS FOR: DAN FITZGERALD    FROM: BOSTON MA    TO: RANCHO MIRAGE CA

| Tariff No. | 400N 3 | Miles | 6720 | lbs | 6720 | |
|---|---|---|---|---|---|---|
| TRANSPORTATION AMOUNT REDUCED BY | | | 63.00 %DISC | 11266.88 | | |
| | TRANSPORTATION | | | | | 4168.74 |
| 17 | DISH PACKS | @ | 82.02 | | 1394.34 | |
| 3 | CARTON 1 1/2 CU. FT. | @ | 19.63 | | 58.89 | |
| 30 | CARTONS 3 CU. FT. | @ | 29.70 | | 891.00 | |
| 3 | CARTONS 4 1/2 CU. FT. | @ | 36.21 | | 108.63 | |
| 8 | WARDROBE CTN | @ | 40.24 | | 321.92 | |
| 7 | CORR MIRROR CTN | @ | 71.33 | | 499.31 | |
| | TOTAL PACKING REDUCED | | 63.00%DISC | | | 1211.42 |
| 1 | ORIG SERV CHRG | | 6720 LBS @ 6.78/CWT | | 455.62 | |
| 1 | DEST SERV CHRG | | 6720 LBS @ 3.09/CWT | | 207.65 | |
| 1 | O.T. LOAD/UNLOAD | | | | | |
| | TOTAL ACCESSORIALS REDUCED | | .00%DISC | | | 490.83 |
| 4168.74 | FUEL SURCHG-TRANS | | | | | |
| 4168.74 | INS. RELATED REVENUE | | 4.00%X | | | |
| | CRATES | | | | | |
| | PARKING PERMITS | | | | | |
| | FULL VALUE | | | | | |
| | SERVICES EXCLUDED FROM DISC | | | | | 1611.70 |

TOTAL CHARGES: 7482.68

Remit $ _____ if payment postmarked by _____
Remit $ _____ if payment postmarked after _____

BALANCE: 7482.68

TO INSURE PROPER CREDIT, PLEASE RETURN THIS STUB WITH PAYMENT

INVOICE NO. 0406 08071 3   02 RESD
NET DUE: 7482.68   1911
LATE CHARGE: 1911
6300-01
TOTAL CHARGES

DAN FITZGERALD
70151 COBB
RANCHO MIRAGE, CA 92270

# D

NOV-17-2004 WED 10:__ AM Law                           FAX NO. 6363493945                  P. 02

**UNITED VAN LINES, LLC**
22136 NETWORK PLACE
CHICAGO, IL  60673-1221

**UNITED** Van Lines

FED. ID #43-1881477

FORWARD CORRESPONDENCE TO:
United Van Lines, LLC
One United Drive
Fenton, MO 63026-1350
636-326-3100

C.O.D

0406   DAN FITZGERALD
       70151 COBB
       RANCHO MIRAGE, CA  92270

| INVOICE NUMBER | | INVOICE DATE |
|---|---|---|
| 0406 08072 3 | 02 | 11/17/04 |

P.O. NO.

| SHIPMENT OF HOUSEHOLD GOODS FOR | FROM | TO |
|---|---|---|
| DAN FITZGERALD | BOSTON  MA | RANCHO MIRAGE  CA |

Tariff No. 417E 3   2863 Miles   3400/   3400 Lbs. At   1457.60 Per Cwt. $

TRANSPORTATION RATE INCLUDES              20.00  %DISC
                                                 TRANSPORTATION                    1457.60
1457.60    FUEL SURCHG-TRANS           @   5.00%                                     72.88
           FLATBED                                                                  100.00
     1     IN-VAN/OPEN-CAR SERV        @ 500.00/EA                                  500.00
37000      MAXIMUM LIABILITY           @    .40/C $                                  28.00

| | TOTAL CHARGES |
|---|---|
| WE ARE... CHARGE... PERIOD... FINANCE CHARGE AT 1% OF TOTAL BILLED BEYOND THE FREE CREDIT... | 2158.48 |

REMIT _____ IF PAYMENT POSTMARKED BY

REMIT _____ IF PAYMENT POSTMARKED AFTER                    BALANCE   2158.48

▼ TO INSURE PROPER CREDIT, PLEASE RETURN THIS STUB WITH PAYMENT. ▼

| INVOICE NO. | |
|---|---|
| 0406 08072 3 | 02 RESD |
| NET DUE | |
| 2158.48 | 1911 |
| LATE CHARGE | 1911 |
| TOTAL CHARGES | 6300-01 |

0406   DAN FITZGERALD
       70151 COBB
       RANCHO MIRAGE, CA  92270

# Looney & Grossman LLP
## Attorneys at Law

Wesley S. Chused
Voicemail: Ext. 551
Email: wchused@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

December 2, 2004

Tony Anastas, Clerk
United States District Court
One Courthouse Way
Boston, MA 02210

**04 CV 12543 JLT**

Re: United Van Lines, LLC v. Daniel Fitzgerald
    New Civil Action

Dear Mr. Anastas:

Enclosed are the following documents commencing the above-captioned civil action:

1. Complaint;
2. Civil Action Cover Sheet;
3. Category Sheet;
4. Corporate Disclosure Statement of Plaintiff United Van Lines, LLC;
5. A check in the amount of $150.00 to cover the applicable filing fee;
6. A summons (for issuance by you); and
7. A copy of the Complaint.

Kindly date-stamp and docket the enclosed copy of the Complaint. Also, please issue the enclosed Summons and return it with the date-stamped copy of the Complaint to me in the enclosed self-addressed, stamped envelope.

Please do not hesitate to call me if you should have any questions. Thank you.

Very truly yours,

Wesley S. Chused

WSC/dml
Enclosures

L:\7398\053\Ltr\001 (Anastas).doc

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
United Van Lines, LLC

**DEFENDANTS**
Daniel Fitzgerald

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  88888
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Wesley S. Chused, BBO #083520
Looney & Grossman LLP, 101 Arch Street,
Boston, MA 02110
(617) 951-2800

ATTORNEYS (IF KNOWN)

04-12543 JLT

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☒ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Action for interstate freight charges. 49 U.S.C. 13702

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 9,641.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: December 2, 2004
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) United Van Lines, LLC v. Daniel Fitzgerald

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
                740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

    _X_  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

    ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.

    ___  V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
    N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
    YES ☐    NO ☒
    If so, is the u.s.a. or an officer, agent or employee of the u.s. a party?
    YES ☐    NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 usc §2284?
    YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the commonwealth of massachusetts ("governmental agencies"), residing in massachusetts reside in the same division? - (See local rule 40.1(d)).
    YES ☒    NO ☐

    A. If yes, in which division do all of the non-governmental parties reside?
       Eastern Division ☒    Central Division ☐    Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
       Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
    YES ☐    NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Wesley S. Chused
ADDRESS   Looney & Grossman LLP, 101 Arch Street, Boston, MA 02110
TELEPHONE NO.   617-951-2800

(Cover sheet local.wpd - 09/12/02)