UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED VAN LINES, LLC, | ) |
| *Plaintiff* | ) ) ) ) |
| v. | ) CIVIL ACTION ) NO. |
| DANIEL FITZGERALD, | ) ) |
| *Defendant.* | ) ) |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
(LOCAL RULE 7.3(A))**

Plaintiff United Van Lines, LLC states that it is a wholly owned subsidiary of Transportation Services Group, Inc., which is a privately held company.

UNITED VAN LINES, LLC
By its attorneys,

December 2, 2004

Wesley S. Chused (BBO # 083520)
Patrick O. McAleer (BBO # 642627)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02100
(617) 951-2800