673389

| *Attorney or Party without Attorney:*<br>Looney & Grossman LLP<br>101 Arch St<br>Boston        MA        02110<br><br>*Telephone No:* (617) 951-2800<br><br>*Attorney for:* Plaintiff | For Court Use Only |
|---|---|
| | 673389 *File#* UNITED VAN LINE |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT- DISTRICT OF MASSACHUSETTS

*Plaintiff:* UNITED VAN LINES, LLC.
*Defendant:* FITZGERALD

| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>04CV12543JLT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; IN A CIVIL CASE: COMPLAINT: EXHIBITS

3. a. Party served:             DANIEL FITZGERALD
   b. Person served:            party in item 3.a.

4. Address where the party was served:    70151 COBB ROAD
                                          Rancho Mirage, CA  92270

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jan. 04, 2005 (2) at: 6:40PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LYNDSEY  WARN                       d. *The Fee for Service was:*    $87.00
   b. **DOCUMENT DELIVERY SYSTEMS**       e. I am: (3) registered California process server
      2900 BRISTOL STREET                    (i)   Independent Contractor
      SUITE E-106                            (ii)  Registration No.:    610
      Costa Mesa, CA  92626                  (iii) County:              Riverside
   c. 714-662-5555

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Jan. 05, 2005

                                                                    *L. Warn*
   **Judicial Council form POS-010**            PROOF OF SERVICE            **(LYNDSEY WARN)**            *dds 32881*
   **Rule 982.9.(a)&(b) Rev July 1, 2004**          SUMMONS