UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED VAN LINES, LLC,  *Plaintiff* | ) ) ) ) ) |
| v. | ) ) ) |
| DANIEL FITZGERALD,  *Defendant*. | ) ) ) ) |

CIVIL ACTION
NO. 04-12543-JLT

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
## (RULE 55(a))

The Plaintiff, United Van Lines, LLC ("United"), pursuant to Fed. R. Civ. P. 55(a), hereby requests that a default be entered as to the defendant, Daniel Fitzgerald. In support of this request, United says that it made service of the Summons and Complaint in this action on the defendant on January 4, 2005, as appears on the officer's Return of Service, previously filed; that more than twenty (20) days have elapsed since the service of the Summons and Complaint upon the defendant; and that the defendant has failed to plead or otherwise defend.

WHEREFORE, plaintiff United Van Lines, Inc. prays that the Court enter a default as to the defendant Daniel Fitzgerald.

UNITED VAN LINES, LLC
By its attorneys,

February 8, 2005

/s/ *Wesley S. Chused*
Wesley S. Chused (BBO # 083520)
Patrick O. McAleer (BBO # 642627)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02100
(617) 951-2800

L:\7398\053\Pld\005.doc