UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>  United Van Lines, LLC  </u>
      **Plaintiff**

**CIVIL ACTION**
**NO. <u> 04-cv-12543 JLT</u>**

**V.**

<u>**Daniel Fitzgerald**          </u>
      **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff,<u> United Van Lines, LLC,</u> for an order of Default for failure of the Defendant, <u> Daniel Fitzgerald</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this<u> 21st </u> day of<u> March 2005 </u>.

SARAH A. THORNTON
CLERK OF COURT

By: <u> /s/ Kimberly M. Abaid  </u>
Deputy Clerk

Notice mailed to:
All Counsel of Record

(Default Notice.wpd - 3/7/2005)