UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED VAN LINES, LLC, | ) |
| *Plaintiff* | ) |
| v. | ) CIVIL ACTION |
| | ) NO. 04-12543-JLT |
| DANIEL FITZGERALD, | ) |
| *Defendant.* | ) |

## NOTICE OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the plaintiff, United Van Lines, LLC, hereby voluntarily dismisses this action.

                                        Respectfully submitted

                                        UNITED VAN LINES, LLC
                                        By its attorney,

                                        */s/ Wesley S. Chused*
March 22, 2005                          Wesley S. Chused (BBO #083520)
                                        LOONEY & GROSSMAN LLP
                                        101 Arch Street, 9th Floor
                                        Boston, MA 02110-1112
                                        (617) 951-2800